any reasonable proof beyond a reasonable doubt there's proof beyond a reasonable doubt that constitutes a crime for purposes of the INA and your assertion is that anything less than that would lead to disorder because there would be a multiplicity of outcomes possible across the country is that it yes just with one with one caveat your honor which is that this is this specific set of factors the specific conviction that the court was looking at it found here there was a conviction of a crime for purposes of INA because number one there was a formal judgment by the court number two there was a fine as required under the definition of conviction and number three he was convicted in a proceeding beyond a reasonable doubt of each of the elements of the crime so you're saying there is more than one factor well as I mentioned earlier conviction has been defined is is it the definition for conviction under INA a 48a yeah is very specifically laid out so those factors are included and I think they were included here by the court referencing the term conviction and and the position of the government is conviction alone as defined by the INA conviction means crime right yeah okay that that's I guess I want you to the assertion that any other way of looking at this would lead to a hopeless variation across the country was something that justice Alito raised in a different context but still talking about immigration law just a month ago mm-hmm and and the Supreme Court said look tough we're not worried about that and that was with judge made law that was with the application of the right right so how far does that argument get you that we've got a defer under Chevron to to the assertion that no matter what a state says or as the BIA said it what New Jersey thinks is a crime is irrelevant mm-hmm well you're gonna pay attention to us on this because otherwise there'd be variation I think it I think it's significant that and this court has noted that in a cost of in the cost of each Ashcroft that in draft in redrafting INA 101 a 48 a Congress intended to broaden the concept of conviction because it had been so subject to the vagaries of state court and the vagaries of state law that it was it was would result in inconsistent outcomes and that is the concern here the board is trying to create some kind of bottom line or very you know in quite broad yet a very bottom line thing for what is considered a conviction of a crime so we're back the conviction equals crime okay gotcha thanks thanks very much mr. diary your rebuttal well your honor even assuming the opposing counsel's rationale that conviction equals crime is to be given weight that what that's what Islam is our essentially did they interpreted the definition of a conviction and they said you have to have satisfy certain factors in order to be considered a conviction you need to speak specifically to what mr. Geier she said whatever mr. Geier might think Islam is our stands for it doesn't stand for a multi-factor test and she cites as the specific language talking about the bedrock principle and this crucial factor all pointing to proof beyond a reasonable doubt what in Islam is our shows she's wrong if there's anything your honor it's a language that I read to you before where it says on page 687 significantly the Court of Appeals and state we wrote supra concluded that the conduct defendant whose misdemeanor offense was prosecuted as a violation was not a crime so it was significant that the violation was not considered a crime by the jurisdiction so that so it you can't just say it significant there and then it wasn't significant here and also the and the other factors that it found were principally that was a sufficient but not necessary that's how I read the decision they didn't have to go into the other factors because that was such an egregious procedural departure from constitutional principles that that settled the case right there so they yes your honor yes other words that are generally attended to procuratorial proceedings they don't have to be all of them but they have to be some of them right right and here as I stated before it didn't get grand jury didn't get petite jury and I would submit to the court that that's along with the other factors including the state's characterization of the offense is significant enough for this at bare minimum to be remanded before the failure to properly apply the factors and I would just remind the court in closing that this man has been in this country for 28 years and this to allow him to be removed he has no other eligibility for relief aside from cancellation and how many convictions does he have I believe he has four hundred how many four yeah that and his this is you know allow him had to be years in the country on the basis of such a legally deficient decision that just departs from precedent without explanation I think would be an abuse of discretion I asked the court to at bare minimum remain the case to I asked the court to bare minimum remand this to the immigrant to the Board of